# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

VICTOR ANDREW APODACA,

        Plaintiff,

v.

        No. 1:19-cv-00348-JCH-KRS

FNU LNU, *et al.*,

        Defendants.

## ORDER DENYING MOTIONS WITHOUT PREJUDICE

**THIS MATTER** comes before the Count on Plaintiff's motion for an evidentiary hearing (Doc. 19) and a notice of lien docketed as a motion for order (Doc. 11). On December 9, 2019, this Court entered a *pro se* prisoner case management order limiting the filing Plaintiff may make in this case until after his complaint has been screened. Although the Court's Order was filed after Plaintiff's submissions, Plaintiff's two motions are nonetheless premature at this juncture and do not fall within any exception identified in the Order.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion for an evidentiary hearing (Doc. 19) and motion for order (Doc. 11) are **DENIED without prejudice**. Plaintiff may file these motions, if appropriate, after the Court completes the screening process required by law.

                                          _____
                                          KEVIN R. SWEAZEA
                                          UNITED STATES MAGISTRATE JUDGE